**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000140**
**30-JAN-2026**
**08:47 AM**
**Dkt. 112 OAWST**

NO. CAAP-24-0000140

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

VERNON BROAD and JENNIFER BROAD, Plaintiff-Appellants,
v.
FRESENIUS MEDICAL CARE HOLDINGS, INC., a Foreign Profit
Corporation, dba FRESENIUS MEDICAL CARE NORTH AMERICA; FRESENIUS
USA MANUFACTURING, INC., a Foreign Profit Corporation, dba
FRESENIUS MEDICAL CARE NORTH AMERICA; FRESENIUS USA, INC., a
Foreign Profit Corporation; FRESENIUS HEALTH PARTNERS, INC., a
Foreign Profit Corporation; FRESENIUS MEDICAL CARE OAHU, LLC, a
Foreign Profit Corporation; FRESENIUS MEDICAL CARE ALA MOANA,
LLC, a Foreign Profit Corporation; LIBERTY DIALYSIS LEEWARD, aka
LEEWARD; CHAMPION MANUFACTURING, INC., a Foreign Profit
Corporation, Defendants-Appellees,
and JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE
CORPORATIONS 1-10; DOES BUSINESS ENTITIES 1-10; DOE NONPROFIT
CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC191000029)

**ORDER DISMISSING APPEAL**
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the January 23, 2026 *Stipulation for Dismissal With Prejudice*, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation

to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, January 30, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde W. Wadsworth
Associate Judge